ORDERED.

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: May 10, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09025

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Todd Owen Lavigne and Tiffany Ann Lavigne<br>Debtors.<br>_____<br>Flagstar Bank, FSB<br>Movant,<br>vs.<br>Todd Owen Lavigne and Tiffany Ann Lavigne, Debtors, Stanley J. Kartchner, Trustee.<br>Respondents. | No. 4:10-bk-08704-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> LOT 24, OF COUNTRY HIGHLANDS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 41 OF MAPS, PAGE 82; AND BY DECLARATION OF SCRIVENER'S ERROR, RECORDED IN DOCKET 8221, PAGE 1391 AND IN DOCKET 8243, PAGE 1092. EXCEPT ALL COAL AND OTHER MINERALS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.